UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CARLA J. CALLENDER</u>,
          Plaintiff,

v.                                  Civil Action No.  03-12582-REK

<u>CAMBRIDGE HEALTH ALLIANCE, et al.</u>,
          Defendants.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

G    DENIED for the following reason(s):

☒    The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the accompanying memorandum.

G    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

2/24/04                           s/ Robert E. Keeton
DATE                             UNITED STATES SENIOR DISTRICT JUDGE