UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLA J. CALLENDER
       Plaintiff,

                                   Civil Action No. 03-12582-REK

   v.

CAMBRIDGE HEALTH ALLIANCE, et al.,
       Defendants.

ORDER OF DISMISSAL

KEETON, D.J.

    In accordance with this Court's order dated February 24, 2004, it is ORDERED that the within action be and it is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2).

                                                         By the Court,

                                                         s/ Linn A. Weissman
                                                          Deputy Clerk

Date February 24, 2004

(noticeofdismissal.wpd - 12/98)                                                   [odism.]